IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES FIELDS,

        Petitioner,                  No. CIV S-07-0119 LKK KJM P

    vs.

D.K. SISTO, et al.,

        Respondents.            ORDER

                                 /

        Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 16, 2007, the court recommended that this action be dismissed for petitioner's failure to pay the filing fee or submit an application to proceed in forma pauperis. Petitioner has now submitted an application to proceed in forma pauperis. Therefore, the court will vacate the Mach 16, 2007 findings and recommendations.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the violations of constitutional rights alleged in his habeas petition are proved, respondents will be directed to file a response to petitioner's habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's March 16, 2007 findings and recommendations are vacated;

2. Petitioner's application to proceed in forma pauperis is granted;

3. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: April 16, 2007.

_____
U.S. MAGISTRATE JUDGE

1
fiel0119.100(3.23.07)