IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES FIELDS,** | CIV S-07-0119 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

Respondents have requested a thirty-day extension of time in which to file a reply to Petitioner's opposition to Respondents' motion to dismiss. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including August 27, 2007, in which to file a reply to the opposition to motion to dismiss filed by Petitioner.

Dated: August 2, 2007.

_____
U.S. MAGISTRATE JUDGE