IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**CHARLES FIELDS,**

                                    Petitioner,

          v.

**D.K. SISTO, et al.,**

                                    Respondents.

CIV S-07-0119 LKK KJM P

**ORDER**

          Respondents have requested a second thirty-day extension of time in which to file a reply to Petitioner's opposition to Respondents' motion to dismiss.  GOOD CAUSE APPEARING, Respondents are granted a second extension of time to and including September 26, 2007, in which to file a reply to the opposition to motion to dismiss filed by Petitioner.

Dated:  August 30, 2007.

_____
U.S. MAGISTRATE JUDGE