IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES FIELDS,

    Petitioner,          No. CIV S-07-0119 LKK KJM P

  vs.

D.K. SISTO, et al.,

    Respondents.      ORDER

_____/

        Petitioner has requested an extension of time to file a sur-reply regarding respondents' pending motion to dismiss. However, the local rules of this court do not permit the filing of sur-replies, see Local Rule 78-23(m), and petitioner has not shown cause to deviate from that rule. Petitioner will not be granted leave to file a sur-reply.

        Also, petitioner asks that respondents be ordered to serve a copy of lodged document #4 on petitioner. Respondent lodged this document with the court but did not serve it upon petitioner. Because it appears that this document is not equally accessible to petitioner, the document does not appear to be a document that petitioner would ordinarily possess such as the transcript of his criminal proceedings, and there does not appear to be any reason for not serving it upon petitioner, the court will order respondents to serve a copy of document #4 attached to their reply brief upon petitioner within ten days of this order.

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. Petitioner's request for leave to file a sur-reply is denied; and

3         2. Petitioner's request that respondents be directed to serve a copy of document #4 lodged with the court with respondents' September 26, 2007 reply brief is granted. Respondents shall serve a copy of document #4 upon petitioner within ten days of the filed date of this order.

DATED: October 25, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
fiel0119.111