IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES FIELDS,

    Petitioner,               No. CIV S-07-0119 LKK KJM P

    vs.

D.K. SISTO, et al.,

    Respondents.        <u>ORDER</u>

                              /

        Petitioner has filed his second request for an extension of time to file and serve objections to the December 7, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 22, 2008 motion for an extension of time (docket no. 28) is granted; and

        2. Petitioner shall file and serve objections to the December 7, 2007 findings and recommendations on or before February 20, 2008.

DATED: January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
fiel0119.111sec